·17- 1861

Date 12-18-2017    From James Summers at 2B cell #10

I was going to Education class for over 60 week's for the first Part, I was at the Warden PoD Working at Commissary, My Case was on appeal I ask my Counsel Hutton to see why I am in this class when the Court's Knowing Case is still on appeal, This just keep going on every time I seen Hutton he would say don't worry he will talk to them. Mrs Harrison was the teacher name. I Keep telling Hutton I don't want a class I write up, for Part II of the class you Had to say you are Guilty I would not I refused to say I was Guilty, So They the teacher's Said I refused to Participat in the Transition group, Action taken by, Hoover Matthew, I seen the Warden on PoD 2B never got one thing Back from him, And wrote my Counsler Hutton, not one thing Back, I wrote to Mrs Fields. I ask if this was Legal Because my Case was on appeal, I should of never been Put in this Class, Till my appeal was over with. Captain Dych has my ticket that was over 5 month's ago. I Feel my rights have been Violated.

Sign James Summers, "Happy new years".

Sept 2017 appeal was good.   Ticket was June 27, 2017 of I had appeal

Still never got one thing Back from any one, Been hear over 6 months now.

PS. DiD 5 days in the CeLL over the ticket. Seen Mrs Fields 12-20-2017 waiting to hear from any one of them.

"- Copy- For the class I was in my Case was on appeal. Was this legal to put a ticket on me? when I Should of
never Been put in this Education class.
"Some one mess up and put me in this"

FILED DEC 27 2017 U.S. DISTRICT COURT DISTRICT OF DELAWARE

James Simmers   SBI #00143607
H.R.Y.C.I
P.O. Box 9561
Wilmington DE 19809
Case #
1:17 CV-01590

To Judge R.G.A.
Office of the Clerk
United States District Court
844 N King st Unit 18
Wilmington DE 19801-3570

17 - 1861

19801835070



Barn Swallow

RECEIVED
U.S.M.S.